No. 165. DULUTH, MISSABE & IRON RANGE RAILWAY CO. v. MINNESOTA ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Donald D. Harries, Franklin B. Stevens* and *Vermont Hatch* for appellant. *Miles Lord,*

Attorney General, and *Victor J. Michaelson,* Assistant Attorney General, for the State of Minnesota, and *Gordon Rosenmeier* for the Order of Railway Conductors et al., appellees.

